FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TROY ANTHONY PESINA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DOC OFFICERS JOHN DOE, JEREMY WILSON, SPD OFFICERS JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, and JOHN DOE 4,<br><br>　　　　　　　Defendants. | NO: 2:25-CV-0144-TOR<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE OR *IN FORMA PAUPERIS* REQUIREMENTS |

Plaintiff, an individual incarcerated at Spokane County Detention Services, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 on May 1, 2025. ECF No. 1. Plaintiff did not pay the $405.00 filing fee ($350.00 statutory filing fee, plus $55.00 administrative fee) to commence this action or properly seek leave to proceed *in forma pauperis.*

On June 4, 2025, this Court issued an Order to Comply with Filing Fee or *In Forma Pauperis* Requirements within thirty days. *See* ECF No. 4. Specifically, the

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE OR *IN FORMA PAUPERIS* REQUIREMENTS -- 1

Court directed Plaintiff to submit a signed Declaration and Application to Proceed *In Forma Pauperis* and supplied the form. *Id.* at 2–3. The Court further directed Plaintiff to submit a ***certified*** copy or copies of his inmate account statement(s) for the six-month period immediately preceding May 1, 2025, from each facility where he was confined from November 1, 2024, to May 1, 2025, as required by 28 U.S.C. § 1915(a)(2). *Id.* at 3.

In the alternative, Plaintiff could have paid the full $405.00 fee to commence this action. *Id.* The Court cautioned Plaintiff that his failure to comply with the Order would be construed as his consent to the dismissal of his action. *Id*. He has filed nothing further in this action.

Accordingly, for the reasons set forth above and in the Court's prior Order, ECF No. 4, **IT IS ORDERED:**

(1)   This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

(2)   The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

//

//

The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at this last known address, and **CLOSE** the file.

**DATED** July 14, 2025.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE OR *IN FORMA PAUPERIS* REQUIREMENTS -- 3